UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AEROSPACE MARKETING, INC.,
AND CHARLES PARSONS,

    Plaintiffs,

vs.

    Case No. 2:04-cv-242-FtM-29DNF

BALLISTIC RECOVERY SYSTEMS, INC.,

    Defendant.
_____/

**MOTION TO EXCLUDE THE EXPERT TESTIMONY OF JAMES H. FORRESTER**

Defendant Ballistic Recovery Systems, Inc., through undersigned counsel, hereby moves pursuant to Rule 7(b), Federal Rules of Civil Procedure, for an Order excluding the expert testimony of James H. Forrester, and in support hereof state as follows:

1.    Plaintiffs have failed to make the disclosures in their expert report required by Fed. R. Civ. P. 26.

2.    Plaintiffs proposed expert testimony fails to meet the standards for admissibility required by Fed. R. Evid. 702.

Said motion is based on Defendant's Memorandum of Law filed March 7, 2005, and all other files, records, and proceedings herein.

Dated: March 7, 2005        s/ J. Alison Morris

                                Mark W. Lee, #184214 (MN)
                                Laurie Kindel, #243929 (MN)
                                J. Alison Morris, #0312150 (MN)
                        MASLON EDELMAN BORMAN & BRAND, LLP
                        3300 Wells Fargo Center
                        90 South Seventh Street

Minneapolis, MN  55402
(612) 672-8200 – Telephone
(612) 672-8397 - Facsimile

and

Michael B. Colgan, FBN 191383
Glenn Rasmussen Fogarty & Hooker P.A.
P.O. Box 3333
Tampa, FL 33602
(813) 229-3333 - Telephone
(813) 229-5946 - Facsimile

ATTORNEYS FOR DEFENDANT BALLISTIC
RECOVERY SYSTEMS, INC.

## CERTIFICATION OF COUNSEL

I HEREBY CERTIFY, pursuant to Local Rule 3.01(g), that counsel for Plaintiffs and counsel for Defendant have as yet been unable to confer as to the resolution of the issues raised in this motion, and that I recognize I have a continuing obligation to confer with counsel for Plaintiffs in a good faith effort to resolve such issues and to file an updated motion certifying the results of such consultation once it occurs.

Dated:  March 7, 2005         s/   J. Alison Morris

    Mark W. Lee, #184214 (MN)
    Laurie Kindel, #243929 (MN)
    J. Alison Morris, #0312150 (MN)
MASLON EDELMAN BORMAN & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
(612) 672-8200 – Telephone
(612) 672-8397 - Facsimile

and

Michael B. Colgan, FBN 191383
Glenn Rasmussen Fogarty & Hooker P.A.
P.O. Box 3333
Tampa, FL 33602
(813) 229-3333 - Telephone
(813) 229-5946 - Facsimile